THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Robert Brandon Duncan,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2004-UP-077
Submitted November 19, 2003  Filed 
 February 12, 2004

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Robert Brandon Duncan appeals 
 his convictions and sentences for murder, armed robbery, and possession of an 
 explosive device.    Counsel for Duncan attached to the final brief a petition 
 to be relieved as counsel.  Duncan filed a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Duncans 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.